IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKY ROULHAC,

    Petitioner,

v.   CASE NO. 5:09-cv-145-RS-AK

WALTER MCNEIL,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner's petition for writ of habeas corpus. Doc. 1. This petition is duplicative of the petition filed in Case Number 5:09cv56-MCR/MD (N.D. Fla.), and it was filed several months after the first case was filed. For those reasons, it is respectfully **RECOMMENDED** that this case be **DISMISSED.**

**IN CHAMBERS** at Gainesville, Florida, this  *27th*  day of May, 2009.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**