IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKY ROULHAC,

    Petitioner,

vs.                                    CASE NO. 5:09cv145/RS-AK

WALTER A. McNEIL,

    Respondent.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on June 25, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**